ACCEPTED
12-15-00189-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/9/2015 4:48:48 PM
Pam Estes
CLERK

### NO. 12-15-00189-CV

| | | |
|---|---|---|
| **LEGATHA DEMINGS** | § | **IN THE TWELFTH** |
| **Plaintiff,** | § | |
| **VS.** | § | |
| | § | |
| **GARRISON NURSING HOME AND** | § | |
| **REHABILITATION CENTER AND** | § | |
| **GARRISON NURSING HOME, INC.** | § | **COURT OF APPEALS,** |
| **Defendants.** | | |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/9/2015 4:48:48 PM
PAM ESTES
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

COMES NOW Appellee, Legatha Demings and files this her Motion to Extend Time to File Appellee's Brief, and in support thereof respectfully shows the Court as follows:

1. Appellee is Legatha Demings.  Appellant is Garrison Nursing Home and Rehabilitation Center and Garrison nursing Home, Inc.

2. The deadline for filing Appellee's Brief is October 9, 2015.

3. Appellant respectfully requests an additional thirty (30) days to file the Appellee's Brief, making it due on **November 8, 2015**.

4. No prior requests have been received in this cause from Appellee.

5. Appellee relies on the following facts as good cause for the requested extension:

   A. Counsel for Appellee is the Assistant District Attorney for Shelby County, Texas and has been involved in numerous hearing over the past three (3) weeks and has criminal trials set for the next two (2) weeks.

   **WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

1

Respectfully submitted,

THE LAW OFFICE OF STEPHEN SHIRES, PLLC
Attorney and Counselor at Law
123 San Augustine Street
Center, Texas 75935
Tel: (936) 598-3052
Fax: (936) 598-3031

By: /s/ Stephen Shires
     Stephen Shires
     State Bar No. 50511894
     stephen@shireslawfirm.com

**ATTORNEY FOR APPELLEE**
**LEGATHA DEMINGS**

**CERTIFICATE OF SERVICE**

This is to certify that on October 9, 2015, a true and correct copy of the above and foregoing document was served on the David Frost, counsel for Appellant, by facsimile.

/s/ Stephen Shires
Stephen Shires

**CERTIFICATE OF CONFERENCE**

This is to certify that on October 9, 2015, I conferenced with David Frost, counsel for Appellant, and he indicated that he was not opposed to this Motion.

/s/ Stephen Shires
Stephen Shires

**STATE OF TEXAS** §

**COUNTY OF SHELBY** §

## <u>AFFIDAVIT</u>

**BEFORE ME**, the undersigned authority, on this day personally appeared Stephen Shires, who after being duly sworn stated:

"I am the attorney for the Appellee in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellee's Brief and swear that all of the allegations of fact contained therein are true and correct."

Stephen Shires
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on October 9, 2015, to certify which witness my hand and seal of office.

LEANNE TOMASZEWSKI
MY COMMISSION EXPIRES
November 22, 2018

Notary Public, State of Texas

3